**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

MICHAEL ARMENDARIZ,

      Petitioner,

v.                                    No. CV 18-1144 WJ/CG

STANLEY MOYA, et al.,

      Respondents.

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE REPLY

**THIS MATTER** is before the Court on Petitioner's Motion for Extension of Time to File Reply, (Doc. 15), filed April 24, 2019. Petitioner asks for an extension of time to reply to Respondent's Answer because he has asked the Court to appoint him counsel to help him prepare a reply. (Doc. 15 at 1-2). If the Court denies his request for appointment of counsel, Petitioner states he will need at least 45 days to prepare his reply. The Court has denied Petitioner's Motions for Appointment of Counsel, (Doc. 18). Therefore, the Court will grant Petitioner's Motion for Extension of Time to File Reply and allow him 45 days to file a reply.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time to File Reply, (Doc. 15), is **GRANTED**, and Petitioner may file a reply to his Section 2254 Petition by **June 14, 2019**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE