IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL ARMENDARIZ,

    Petitioner,

v.          No. CV 18-1144 WJ/CG

STANLEY MOYA, et al.,

    Respondents.

## ORDER GRANTING LEAVE TO PROCEED UNDER 28 U.S.C. § 1915

**THIS MATTER** is before the Court on Petitioner's *Application to Proceed in District Court Without Prepaying Fees or Costs*, (Doc. 2), filed December 7, 2018. The Court, having reviewed the Application, finds it is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Petitioner's *Application to Proceed in District Court Without Prepaying Fees or Costs*, (Doc. 2), is **GRANTED**, and Petitioner may proceed without prepayment of costs or other fees or the necessity of giving security therefor.

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE